UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

   **Plaintiff,**

**v.**         **Case No.  6:22-cv-1294-CEM-LHP**

**RED ROBIN INTERNATIONAL,
INC.,**

   **Defendant.**
_____/

## ORDER

 THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

 **DONE** and **ORDERED** in Orlando, Florida on October 5, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record